JAMES P. BRUCE AND WILLIAM BRUCE, PLAINTIFFS IN ERROR, v. WILLIAM H. PEARSALL, DEFENDANT IN ERROR.

On error to the Supreme Court.*   For opinion of the Supreme Court, see *ante p.* 62.

For the plaintiffs in error, *Applegate & Degnan.*

For the defendant in error, *Edmund Wilson.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance* — THE CHANCELLOR, DEPUE, DIXON, GUMMERE, LIPPINCOTT, VAN SYCKEL, BARKALOW, BOGERT, DAYTON, HENDRICKSON, KRUEGER, NIXON. 12.

*For reversal*—None.